**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, et al., | ) | Case No. 23-10576 (TMH) |
| Debtors. | ) | Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC, et al., | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 25-50844 (TMH) |
| | ) | |
| MSRF, INC., | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Jeffrey C. Dan of Goldstein & McClintock LLLP to represent MSRF, Inc.

Dated: August 13, 2025

**GOLDSTEIN & MCCLINTOCK, LLLP**
*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
E-Mail: marias@goldmclaw.com
*Counsel for MSRF, Inc.*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and admitted to practice before the United States Courts of Appeals for the Third and Seventh Circuit, and the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: August 13, 2025

**GOLDSTEIN & MCCLINTOCK, LLLP**
*/s/ Jeffrey C. Dan*
Jeffery C. Dan, Esq.
111 W. Washington St., Ste. 1221
Chicago, Illinois 60602
Telephone: 312-337-7700
jeffd@goldmclaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that the counsel's motion for admission is GRANTED.

Dated: August 14th, 2025
Wilmington, Delaware

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**